■ EDWARD M. GIBBS, Respondent, v CUNNANE DEVELOPMENT CORP. et al., Appellants. [640 NYS2d 764] —Appeal by the defendants, as limited by their brief, from stated portions of an order of the Supreme Court, Westchester County (Scarpino, J.), dated February 15, 1995.

Ordered that the order is affirmed insofar as appealed from, with costs, for reasons stated by Justice Scarpino at the Supreme Court. Thompson, J. P., Joy, Krausman and McGinity, JJ., concur.